The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAUHENI FIRULIN, and VIKTORYIA FIRULINA,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-03104-KKE<br><br>STIPULATED MOTION TO STAY AND ORDER<br><br>Noted for Consideration:<br>November 9, 2026. |

For good cause, Plaintiffs, proceeding pro se, and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until February 18, 2027. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Forms I-485, Application to Register Permanent Residence or Adjust Status.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

Plaintiffs will be interviewed by USCIS on November 18, 2026 at 8:00 a.m. USCIS anticipates that it can adjudicate the applications within 90 days after the interview, absent unforeseen circumstances. With this additional time, the claims in this litigation may be resolved without the need for further judicial intervention. Once the applications at issue are adjudicated, Plaintiffs will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action to be stayed until February 18, 2027. The parties will submit a joint status report on or before the end of this period.

DATED this 9th day of November, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-1634
Fax: 206-553-4067
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 249 words, in compliance with the Local Civil Rules.

*s/ Viktoryia Firulina*
VIKTORYIA FIRULINA

*s/ Yauheni Firulin*
YAUHENI FIRULIN
12015 Slater Ave. NE, Apt. 2622
Kirkland, WA 98034

*Pro Se Plaintiffs*

**ORDER**

The case is stayed. The parties shall submit a status update on or before February 18, 2027. It is so **ORDERED**.

Dated this 9th day of November, 2026.

Kymberly K. Evanson
United States District Judge